01
02
03
04
05

06                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. MJ24-251
09       Plaintiff,                     )
                                        )
10       v.                             )
                                        )
11  KHALIL AHMAD,                       )   DETENTION ORDER
                                        )
12       Defendant.                     )
                                        )
13

14
    Offenses charged:
15
        1. Reentry of Removed Alien.
16
    Date of Detention Hearing:    May 2nd 2024.
17
         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
18
    based upon the factual findings and statement of reasons for detention hereafter set forth, finds
19
    that no condition or combination of conditions which defendant can meet will reasonably assure
20
    the appearance of defendant as required and the safety of other persons and the community.
21

22

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have reentered the United States after removal.

2. Defendant poses a risk of nonappearance based upon the fact he is not present in the United States lawfully, he allegedly violated the terms of his last removal by reentering, and is associated with aliases. Defendant poses a risk of danger based on his criminal history. Defendant does not contest detention at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE -2

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 2nd day of May, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3